IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>JAMES MORGAN,<br><br>                Defendant. | DETENTION ORDER<br><br>23–mj-200 |

_____

      On January 5, 2024, the court held a hearing on the government's motion to detain defendant James Morgan. After hearing both sides' proffers and arguments, after considering the exhibits, and after obtaining input from Pretrial Services, the court granted the motion to detain Morgan.  As stated in more detail at the hearing, the court found that Morgan presents a danger to the safety of the community that his proposed release plan did not sufficiently allay.  Morgan has a long-term, ongoing infatuation with improvised explosive devices and other antipersonnel weapons, which he envisions and builds out of commonly available materials.  He was found in the possession of IED "grenades" and materials to make other dangerous devices.  Morgan communicates with others through social media and texts about how to make such devices, and he has expressed unfiltered views about who they should be deployed against and why.  The fact that Morgan has not yet done so does not outweigh the danger that he could do so now that he has been arrested and while this case is pending.  24/7 lookdown would not sufficiently allay the concern that Morgan could improvise a dangerous device at home.

      Therefore, it is ORDERED that defendant James Morgan shall be committed to the custody of the Attorney General for confinement in a proximate jail separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Morgan shall be afforded reasonable opportunity for private consultation with his attorney if he continues to be represented by counsel, or with his stand-by attorney if he proceeds pro se; and on order of this court or on a request by the U.S. Attorney's Office, the jail shall deliver Morgan to the U.S. marshal for the purpose of a court appearance in this case.

      Entered this 5th day of January, 2024.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge